UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.W.,

           Plaintiff,

- against -

KRISTI NOEM, in her official capacity as Secretary of Department of Homeland Security;

TODD M. LYONS, in his official capacity as Acting Director of ICE;

JOSEPH E. KERNAN, in his official capacity as Director of the USCIS Asylum Vetting Center;

SUSAN RAUFER, in her official capacity as Director of the USCIS Newark Asylum Office; and

JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of New York ICE – ERO,

           Defendants.

Civil Action No. 1:25-cv-09264

**ORDER TO SHOW CAUSE FOR**
**<u>TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

      UPON Plaintiff's Memorandum of Law in Support of Temporary Restraining Order and Preliminary Injunction; the Declaration of Blake E. Andersen in support thereof, dated November 5, 2025, and all exhibits thereto; and Plaintiff's complaint; it is

      ORDERED that Defendants Kristi Noem, Todd M. Lyons, Joseph E. Kernan, Susan Raufer and Judith Almodovar show cause before the Honorable P. Kevin Castel on the 3rd day of December, 2025, at 3 PM, or as soon thereafter as counsel can be heard, in Courtroom 11D, Daniel Patrick Moynihan United States Courthouse for the Southern District of

New York, located at 500 Pearl Street, New York, New York 10007, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure (i) enjoining Defendants from requiring Plaintiff to undergo a credible fear interview pending this litigation to determine if his Form I-589 was improperly dismissed, and (ii) enjoining Defendants from causing Plaintiff to be arrested or detained without pre-detention notice and an opportunity to be heard; and it is further

ORDERED that, sufficient reason having been shown therefore, and sufficient notice having been given therefore, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendants are temporarily restrained and enjoined from requiring Plaintiff to undergo a credible fear interview pending this litigation to determine if his Form I-589 was improperly dismissed and from causing Plaintiff to be arrested or detained without pre-detention notice and an opportunity to be heard; and it is further

ORDERED that the Court's electronic filing of this Order by ECF in the above-captioned action shall be deemed good and sufficient service and notice thereof after Plaintiff electronically files the papers supporting this Order. In addition, Plaintiff shall forthwith transmit this Order and all papers on which it is based electronically to AUSA Rosenbaum; and it is further

ORDERED that Defendants' papers in response to this order shall be filed by ECF no later than November 17, 2025, and Plaintiff may file reply papers by ECF no later than November 25, 2025.

**SO ORDERED.**

*P. Kevin Castel*
United States District Judge
E-Signed: 11 AM ET, November 10, 2025