**Davis Polk**

Blake Edward Andersen
+1 212 450 3127
blake.andersen@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

November 6, 2025

Re: *S.W. v. Kristi Noem, et al.*, No. 1:25-cv-09264

Hon. P. Kevin Castel
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Castel:

We represent Plaintiff S.W. in the above-referenced action. Plaintiff respectfully requests permission to file certain materials under seal. Specifically, for the reasons set forth below, Plaintiff respectfully requests to file under permanent seal all exhibits to the *Declaration of Blake E. Andersen in Support of Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction*, filed contemporaneously herewith.

Exhibits A–F and H reveal Plaintiff's identity, A-number, address, and sensitive information concerning his asylum claim. Plaintiff has filed a *Motion for Leave to Proceed Using Initials* [ECF No. 6] in this matter due to the highly sensitive and personal information underlying his asylum claim. Plaintiff faces "the risk of retaliatory physical or mental harm" if his identity were to be publicly disclosed. *Motion for Leave to Proceed Using Initials* at 5 (quoting *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 190 (2d Cir. 2008)). For the reasons set forth in the *Motion for Leave to Proceed Using Initials*, Plaintiff respectfully submits that the aforementioned exhibits, which reveal Plaintiff's name and sensitive, personally identifying information related to his asylum claim, should be sealed.

Additionally, Exhibit G is a declaration from an immigration attorney, Ms. Greenberg, detailing events concerning her detained client. As it is possible to discern Ms. Greenberg's client's identity from the details in Exhibit G, Plaintiff respectfully submits that Exhibit G should be sealed for reasons consistent with Plaintiff's *Motion for Leave to Proceed Using Initials*.

Plaintiff has conferred with Defendants' counsel, informing them of the request to seal and transmitting unredacted copies of Exhibits A-H. Defendants' counsel has informed me that Defendants do not take a position on this letter motion to seal.

Plaintiff respectfully requests that the Court so order this letter to grant the foregoing request. We are available at the Court's convenience should Your Honor have any questions.

Respectfully yours,

*/s/ Blake E. Andersen*
Blake E. Andersen

**Electronic Filing**

---

*Handwritten annotation:* Leave to file exhibits A through H under seal is provisionally granted provided that redacted versions of the exhibits are filed on the public docket within 7 days of this Order.

SO ORDERED
[signature]
USDJ
11-13-25