UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.W.,

|  |
|---|
| Plaintiff, |
| - against - |
| KRISTI NOEM, in her official capacity as Secretary of Department of Homeland Security, *et al.*, |
| Defendants. |

No. 25 Civ. 9264 (PKC)

[PROPOSED] JUDGMENT

It is hereby ORDERED, ADJUDGED, AND DECREED that for the reasons stated in the Court's Opinion and Order dated December 29, 2025, Dkt. No. 32, the Complaint, Dkt. No. 1, is dismissed and judgment is entered in Defendants' favor pursuant to Federal Rule of Civil Procedure 58.

Dated: New York, New York
January 22, 2026

SO ORDERED
P. Kevin Castel, USDJ
1-22-26

_____
Clerk of Court

By: _____
Deputy Clerk